IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| PARTICLE DRILLING § | Case No. 09-33744-H1-11 |
| TECHNOLOGIES, INC., § | |
| A NEVADA CORPORATION *et al.* § | Jointly Administered |
| § | |
| Debtors. § | |

## NOTICE OF NO AUCTION

PLEASE TAKE NOTICE that the Debtors received no Qualifying Bids by the established deadline in accordance with the Sales Procedure Order entered by this Court on July 14, 2009 (Docket #104). Accordingly, no Auction will be held.

Dated: July 16, 2009

                            WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

                            By: /s/Edward L. Rothberg
                                  EDWARD L. ROTHBERG
                                  State Bar No. 17313990
                                  MELISSA A. HASELSEN
                                  State Bar No. 00794778
                                  1400 Summit Tower
                                  Eleven Greenway Plaza
                                  Houston, Texas 77046
                                  Telephone: (713) 961-9045
                                  Facsimile: (713) 961-5341

                         ATTORNEY FOR DEBTORS

{PAR036\00009\0554994.DOC;1\MAH}